IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROY E. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-810-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Doyle W. Argo, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Argo entered a Report and Recommendation on January 6, 2012, recommending that the Commissioner Motion to Dismiss be granted. . Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

Plaintiff's objection, in essence, requests "justice" be done, without regard to timeliness or administrative exhaustion. This would, of course, be contrary to law and is not a sufficient argument to set aside the legally sound conclusions of the Magistrate Judge.

Accordingly, the Court adopts and affirms, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, Defendant's Motion to Dismiss Plaintiff's Complaint Because It Is Not Timely (Dkt. No. 15) is GRANTED and this case is dismissed with prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 16th day of March, 2012.

ROBIN J. CAUTHRON
United States District Judge